RECEIVED
NOV 26 2003

RECEIVED
NOV 26 2003

FILED
2003 NOV 26 A 11: 53
US DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTICT OF BRIDGE PORT CONNCETIOUT
915 Lafgyette Bouvlevand
Bridgeport, CT.06604

Elijah Rose. Plaintff. Case NO:3:01-CV-352(JCH).

VS.

Depariment of the Treasury
Internal Revenue Service.
      Defendants.

There is a motion for judgment befor the court. I know that the court do not give a day or time for a court dated. As a taxpayer, with a defendants like the I.R.S. seting and thanking and making up ways to add on new tax that is not due Who do a taxpayer go to if not the court. In my motion for judgment, I ask the court for a firm dated for a hearing. Since the february 5-03 to now.

The defendants, have add and thruogh there socall reusscments. On december 31, 2002. Dollars cents was $74.00 sent with my tax return 4-15-2003. $74.00 Sep. 13-2003. the defendants have add and states that the tolal amount due is $1.416 .59. For me. Were did this come from? On dec.31-2002, the dollars cents for my Spouse. was $43.68. Sent with her tax return 5-27-2003. On 9-19-2003. the tolal amout due is $339.32.

This defendants is out of control, We need the court to bring them back to Earth.

CERTIFICATION.

I hereby certify that a copy of the forgoing has been mailed on this dated.
To.

Debra Reale, Associate Area Counsel SB/SE
Internal Revenue Service
333 East River drive.
East Hartford,CT.06108

John A. Danaher,111.
United states Attorney
Connecticut Financial Center.
P.O. Box 1824
New Haven,CT.06510
Attn: David  x Sullivan.

By. *(signature)*

Personally appeared before me on /0-29-03
*(signature)* Nathalie A. Spano
Notary Public
My commission expires 10-31-2004

By_____