RECEIVED

UNITED STATES DISTRICT COURT
DISTICT OF BRIDGE PORT CONNCETIOUT
915 Lafgyette Bouvlevard
Bridgeport, CT.06604

Elijah Rose. Plaintff. Case NO:3:01-CV-352(JCH).

VS.

Depariment of the Treasury
Internal Revenue Service.
            Defendants.

There is a motion for judgment befor the court. I know that the court do not give a day or time for a court dated. As a taxpayer, with a defendants like the I.R.S. seting and thanking and making up ways to add on new tax that is not due Who do a taxpayer go to if not the court. In my motion for judgment, I ask the court for a firm dated for a hearing. Since the february 5-03 to now.

The defendants, have add and thruogh there socall reusscments. On december 31, 2002. Dollars cents was $74.00 sent with my tax return 4-15-2003. $74.00 Sep. 13-2003. the defendants have add and states that the tolal amount due is $1.416 .59. For me. Were did this come from? On dec.31-2002, the dollars cents for my Spouse. was $43.68. Sent with her tax return 5-27-2003. On 9-19-2003. the tolal amout due is $339.32.

This defendants is out of control, We need the court to bring them back to Earth.

[handwritten annotations: Treating this as a Motion to set a trial date it is granted. Trial will be set for July 9, 2004 at 9:00 am. So Ordered 2/23/04 — Janet C. Hall]

CERTIFICATION.

I hereby certify that a copy of the forgoing has been mailed on this dated.
To.


Debra Reale, Associate Area Counsel SB/SE
Internal Revenue Service
333 East River drive.
East Hartford,CT.06108



John A. Danaher,111.
United states Attorney
Connecticut Financial Center.
P.O. Box 1824
New Haven,CT.06510
Attn: David  x Sullivan.





By. *Eliph Ross*



Personally appeared before me on /0-29-03
*Nathalie A. Spano*
Notary Public                                                    By_____
My commission expires 10-31-2004

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
-------------------------------------------------x
                                                 :
    Rose                                         :
                                                 :
                                                 :
    vs.                                          : Civil No. 3:01 cv 352 (JCH)
                                                 :
    IRS                                          :
                                                 :
-------------------------------------------------x
```

## ORDER RETURNING SUBMISSION

The Clerk has received your **Letter** however, it is deficient in the area(s) checked below:

(NOTE: L.R. refers to the Local Rules, District of Connecticut)

1. \_ L.R.5(b)
   - \_ No certificate of service attached to pleading
   - \_ Certificate of service fails to list names and addresses of all parties served
   - \_ Certificate of service is not signed

2. \_ L.R.5(d)   Failure to submit document under seal

3. ✔ L.R.10
   - ✔ **Failure to sign pleading (original signature)**
   - \_ Failure to double space
   - \_ Margin is not free of printed matter
   - \_ Left hand margin is not one inch
   - \_ Judge's initials do not appear after the case number
   - \_ Docket number is missing
   - \_ Failure to supply federal bar number
   - \_ Holes not punched in document

4. \_ L.R.68   Failure to file offer of judgment in a sealed envelope

5. \_ L.R.83.1(d)   Motion to admit pro hac vice must be made by local counsel or member of the bar of this Court

6. \_ Other   \_\_\_

The Clerk is hereby Ordered to return the above pleading and to notify counsel of such action.

Date:_____

_____
United States District Judge

(TMS)

rev. 1/1/03