UNITED STATES DISTRICT COURT
DISTRICT OF BRIDGE PORT, CONNCETICUT
915 LAFAYETTE BOUVLEVARD
BRIDGEPORT, CONNECTICUT 06604

FILED

2003 APR 29 P 12:33

US DISTRICT COURT
BRIDGEPORT CT

ELIJAH ROSE.    Plaintiff

VS.

DEPARTMENT OF THE TREASURY

INTERNAL REVENUE SERVICE

    Defendants.

Case No:3:01-CV-352(JCH)

MOTION FOR JUDGMENT

1. I ask the court to denied the deffndant's motion for available by telephone at settlement conference.

2. On the telephone you can not questions document?

3. The deffned went the court and me to hear about the socall documents that they have over the telephone and not in person.

4. On february 5-03. at 2:pm. While the lead attorney for the united states, at the settlement conference in person. When ask about documents to support the I.R.S. the attorney for the united states, went to the telephone, to get the socall answer to the questions about the socall documents to support the I.R.S. And now here we are on january 16-20003. The chief of the civit trial. He is going to answer any questions that we may have by telephone?

[Handwritten margin note: Motion for Judgment is denied. Plaintiff has not shown an absence of material issues of fact and his legal right to judgment. The case will be tried on 7/9/04. So Ordered. (JCH) 2/23/04]

5. From 1996. It has always been about the socall Wyngs Inc. 123 Farmington Avenue. Bristol,Ct.06010. And hes/her claim that in the year of 1996, Paid me wages of $4040.00 And that of the wagws that was paod federal income tax withheld was $00.00

6. I ask at this settlement conference hearing, that the defendants, show any and all documents that would support there 1996, tax caim for Wyngs Inc.

7. And if there's is anyother socall claim or documents that would show the reason that the defendont reassment of me in 1996,1997,1998, 2000,20001. Were are the document to support the claim?

8. If the defendants, was been honest about the documents we would have seen them at the settlement conference, on february 5-2003. Befor the Honorable Judge Janet C. Hall, of the united states district court.

9. I ask the court to denied the defendont motion for a phone settlement conference. And that the court set this case down for a firm dated for a settlement hearing in person and not by tele phone.

I ask the court to granted my motion for judgment, and order the defendants, to pay me back $2.653.34.00. with no amount due to the defendants, from me or my spouse.

CERTIFICATION
---

I hereby certify that a copy of the foregoing has been mailed on this may 28-2003, to

Debra Reale
Associate Area Counsel SB/SE
Internal Revenue Service
333 East River Drive
East Hartford, Ct. 06108

John A. Danaher, 111
United states Attorney
Connecticut Financial Center
P.O. Box 1824
New Haven, Ct. 06510.
Attn: David x. Sullivan.


By _____


By _____
Expires 12-31-05
New Britain CT.