UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ELIJAH ROSE       : | |
|     Plaintiff       : | |
|         : | CIVIL ACTION NO. |
| v.       : | 3-01-cv-352 (JCH) |
|         : | |
| INTERNAL REVENUE SERVICE       : | JANUARY 4, 2005 |
|     Defendant       : | |

**ORDER TO SHOW CAUSE**

The plaintiff is hereby ordered to show cause why this action should not be dismissed.  There has been no activity in this case since July of 2004.  The case has been pending for nearly four years.  The court has been informally advised that the plaintiff, Elijah Rose, is now deceased.  It is the court's understanding that he passed more than 90 days ago.  Under Fed. R. Civ. P. 25(a)(1), the case is susceptible to dismissal if a motion for substitution has not been made within 90 days after the death of a party, by the deceased party's successor or representative.

The plaintiff, or his successor or representative of his estate, is hereby ordered to show cause why this case should not be dismissed for (a) failure to prosecute, and (b) failure to comply with Fed. R. Civ. P. 25(a)(1) by the making of a motion to substitute within 90 days of the plaintiff's death.  A written response to this Order to Show Cause must be filed on or before **JANUARY 25, 2005**.  A hearing will be held on this Order on **JANUARY 27, 2005 at 9:00 a.m.** in Courtroom 2, 4th Floor, United States District Court, 915 Lafayette Blvd., Bridgeport, Connecticut.

**SO ORDERED.**

    Dated at Bridgeport, Connecticut this 4th day of January, 2005.


                          /s/ Janet C. Hall
                          Janet C. Hall
                          United States District Judge