UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ELIJAH ROSE : | |
|     Plaintiff : | |
| : | CIVIL ACTION NO. |
| v. : | 3-01-CV-352 (JCH) |
| : | |
| INTERNAL REVENUE SERVICE, : | |
|     Defendant. : | |
| : | JANUARY 27, 2005 |

**ORDER**

On January 4, 2005, the court ordered the plaintiff to show cause why this action should not be dismissed.  Order to Show Cause [Dkt. No. 31].  The case has been pending for nearly four years.  The court issued the Order to Show Cause after having been informally advised that the plaintiff, Elijah Rose, had passed away more than 90 days prior.  Under Fed. R. Civ. P. 25(a)(1), the case is susceptible to dismissal if a motion for substitution has not been made within 90 days after the death of a party, by the deceased party's successor or representative.  The court required a written response to the Order to Show Cause to be filed on or before January 25, 2005 and scheduled a hearing on the Order to Show Cause for 9:00 a.m. on January 27, 2005.

No response was filed in response to the Order to Show Cause.  Further, no representative of the now-deceased plaintiff appeared at the hearing on January 27.  Accordingly, this action is DISMISSED.  The plaintiff or his representative may move to reopen within 30 days if the plaintiff can show that good cause exists for the failure to respond to the Order to Show Cause.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 27th day of January, 2005.

/s/ Janet C. Hall
Janet C. Hall
United States District Judge